UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

        Plaintiff(s),

v.

JOHN DOE, subscriber assigned IP address 68.40.30.47,

        Defendant(s).
_____/

Case No. 19-10735

Honorable Terrence G. Berg

Magistrate Judge David R. Grand

## ORDER OF RECUSAL AND REASSIGNMENT

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: May 6, 2019

s/Terrence G. Berg
Terrence G. Berg
U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Linda V. Parker.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: May 6, 2019

s/N. Ahmed
Deputy Clerk