## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MALIBU MEDIA, LLC.,

       Plaintiff,

    V.                       CASE NO. 19-10735
                              HON. LINDA V. PARKER

JOHN DOE subscriber assigned
IP address 68.40.30.47,

       Defendant.
_____/

## **ORDER OF DISMISSAL**

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 14] on

October 18, 2019;  Accordingly, the above-entitled action is **DISMISSED WITH**

**PREJUDICE**.

                        s/Linda V. Parker
                        Linda V. Parker
                        United States District Judge

Dated:  October 21, 2019